**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 22-cv-20203 KMM/LOUIS**

SYLVAN PLOWRIGHT
    Plaintiff,

v.

MIAMI-DADE COUNTY,
A Political subdivision of the
State of Florida and ALFREDO RAMIREZ III,
CHIEF MDPD, officers
L. RONDON and A. CORDOVA
    Defendants.
_____/

## **PLAINTIFF'S RULE 26 a 1 INITIAL DISCLOSURES**

Pursuant to Federal Rule of Civil Procedure 26(a)(1) and the joint Case Management Order, plaintiff, SYLVAN PLOWRIGHT,, through his undersigned counsel, makes the following initial disclosures to the defendants in the above-referenced lawsuits. These disclosures are based on information presently known and reasonably available to SYLVAN PLOWRIGHT and which SYLVAN PLOWRIGHT reasonably believes he may use in support of his claims and defenses. Continuing investigation and discovery may cause SYLVAN PLOWRIGHT to amend these initial disclosures, including by identifying other potential witnesses, documents and by disclosing other pertinent information. SYLVAN PLOWRIGHT therefore reserves the right to supplement these initial disclosures.

By providing these initial disclosures, SYLVAN PLOWRIGHT does not represent that he is identifying every document, tangible thing or witness possibly relevant to this action. In addition, these disclosures are made without SYLVAN PLOWRIGHT in any way waiving his right to

object to any discovery request or proceeding involving or relating to the subject matter of these disclosures on any grounds, including competency, privilege, relevancy and materiality, hearsay, undue burden, confidentiality, or any other appropriate grounds. Furthermore, these disclosures are not an admission by PLOWRIGHT regarding any matter.

Each and every disclosure set forth below is subject to the above qualifications and limitations.

1. **Individuals Likely to Have Discoverable Information**

Individuals likely to have discoverable factual information that SYLVAN PLOWRIGHT may use to support his claim in the above-referenced lawsuits are:

1.. Miami Dade Police Department

2. Althea Campbell P.O Box 540713 Opalocka Fla.

3. Stanley Wong 14531 NE 5th Ct Miami

4. Ken Nudelman  14530 NE 5th Ct Miami

5. Mrs. Shirley Knecht, 14500 N.E. 5 Ct., North Miami, FL 33161

6. Ms. Louvon Johnson, 14515 N.E. 5th Ct., North Miami, FL 33161

7. Mr. Marvin Weeks, 2136 N.W. 8th Ave., Apt 118, Miami, FL 33127

8. Mr. Leonard Howard, 131 N. E. 70 St., Miami, FL 33138

**2. Description of Documents**

The following enumerates documents, data, and other tangible things in the possession, control or custody of SYLVAN PLOWRIGHT that he may use to support their claim include: a.

Documents and Body Camera from MDPD investigation of the shooting death of the dog Niles; b. Documents from MDPD regarding Taser use c. MDPD newspaper comments regarding policy implementation for interaction with pets and memoranda, training and personnel files of the officers involved.

### 3. Computation of Damages

SYLVAN PLOWRIGHT seeks liability for damages for the losses for the civil right s violations committed, wrongful death of his pet and excessive force used the seizure of his property. Sylvan has been traumatized as a result of this shooting and this has affected his wages earing capacity. SYLVAN PLOWRIGHT will present evidence of his suffering to the court and jury justifying his two hundred fifty-thousand-dollar demand.

4. **Insurance**

SYLVAN PLOWRIGHT is continuing to investigate potential insurance coverage claims related to the defendants in this matter.

Dated: June 22, 2022

### CERTIFICATE OF SERVICE

I hereby certify that on this June 22, 2022 I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record for service via transmission of Notices of Electronic filing generated by CM/ECF.

/s/ William C. Robinson
WILLIAM C. ROBINSON, ESQ

Florida Bar No: 386847
Attorney for Plaintiff
P. O. Box 61075
North Miami, FL 33261
Tel:  305-454-9632
Fax: 786-520-3972
E-mail: wcrpleadings@gmail.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 22-cv-20203 KMM/LEWIS**

SYLVAN PLOWRIGHT

    Plaintiff,

v.

MIAMI-DADE COUNTY,
A Political subdivision of the
State of Florida and ALFREDO RAMIREZ III,
CHIEF MDPD, officers
L. RONDON and A. CORDOVA

    Defendants.
_____/

## SCHEDULE JOINTLY PROPOSED BY THE PARTIES

THIS MATTER is to be set for trial in May of 2023 for three to four days (3 to 4) days. The Parties propose to adhere to the following schedule:

| | |
|---|---|
| May 1, 2022 | The Parties shall furnish their initial disclosures pursuant to Fed. R. Civ. P 26. The Parties are under a continuing obligation to furnish supplements within ten (10) days of receipt or other notice of new or revised information. |
| May 5, 2022 | The Parties shall file motions to amend pleadings or join parties. |
| December 24, 2022 | The Parties shall disclose experts, expert witness summaries and reports as required by Federal Rule of Civil Procedure 26(a)(2). The Parties shall exchange rebuttal expert witness summaries and reports, as required by Federal Rule of Civil Procedure 26 (a)(2). |
| November 19, 2022 | The Parties shall complete all discovery, including expert discovery. |
| December 30, 2022 | The Parties shall complete mediation and file a mediation report with the Court. |
| February 16, 2023 | The Parties shall file all dispositive pre-trial motions and memoranda of law. The Parties shall also file any motions to strike or exclude expert testimony, whether based on Federal Rule of Evidence 702 and Daubert v. Merrill Dow Pharmaceuticals, Inc., 509 U.S. 579 (1993) or any other basis. |
| April 17, 2023 | The Parties shall each file one motion in limine. All motions in limine must be filed at least six (6) weeks before calendar call. |
| May 1, 2023 | The Parties shall file their joint pretrial stipulation, witness lists, and |

|  |  |
|---|---|
|  | exhibit lists in accordance with Local Rule 16.1(d) and (e). The Parties shall also file proposed jury instructions and a proposed verdict form, or statement of fact and conclusions of law (for non jury trials). |
| May 1, 2023 | The Parties shall submit their deposition designations. |

By:

/s/ William c. Robinson  
WILLIAM C. ROBINSON, ESQ  
FL Bar No: 386847  
P.O. Box 610575  
North Miami, FL 33261  
(305) 454-9632  
(754)764-2266  
Robinsonwilliam8@gmail.com  
Attorney for Plaintiff

/s/ Erica Zaron  
ERICA S. ZARON, ESQ  
FL Bar No: 0514489  
Miami-Dade Attorney's Office  
111 NW 1st Street, Suite 2800  
Miami, FL 33128  
(305) 375-5151  
(305) 375-5161  
zaron@miami-dade.gov  
Attorney for Defendants