**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:22-cv-20203-KMM

SYLVAN PLOWRIGHT,

    Plaintiff,

v.

MIAMI DADE COUNTY, *et al.*,

    Defendants.

_____ /

**REPORT AND RECOMMENDATION**

    **THIS CAUSE** is before the Court upon Defendants' Motion to Stay Case or Be Relieved from Pretrial Deadlines Pending Ruling on Motions to Dismiss, Which Raise Immunity Defenses (ECF No. 34). Plaintiff has not filed a response in opposition to the instant Motion (ECF No. 34); the Motion is functionally unopposed. The matter was referred to the undersigned by the Honorable K. Michael Moore, United States District Judge, pursuant to 28 U.S.C. § 636 and the Magistrate Judge Rules of the Local Rules of the Southern District of Florida, to take all necessary and proper action as required by law with respect to the Motion. The Motion requests a stay of the case, including all remaining pretrial deadlines, and abatement of all obligations under the Court's Order Scheduling Trial (ECF No. 27), or in the alternative, that the Order Scheduling Trial be vacated, pending resolution of Defendants' motions to dismiss.

    The Court granted Defendants' Motion (ECF No. 34) to the extent they sought relief from discovery obligations pending resolution of their motions to dismiss. *See* (ECF No. 45). To the extent Defendants request a stay of the case, including all remaining pretrial deadlines, and abatement of all obligations under the Court's Order Scheduling Trial (ECF No. 27), or in the

1

alternative, that the Order Scheduling Trial be vacated, such relief exceeds the scope of the Court's referral, thus, the undersigned now enters this Report and Recommendation.

The pertinent facts underlying this dispute and its procedural posture are discussed at greater length in my Order (ECF No. 45) granting in part Defendants' Motion (ECF No. 34). Having found Defendants entitled to a stay of discovery pending disposition of their motions to dismiss, I respectfully **RECOMMEND** that the district court abate all pre-trial deadlines from today's date until resolution of Defendants' motions to dismiss.

A party shall serve and file written objections, if any, to this Report and Recommendation with the Honorable K. Michael Moore, United States District Court Judge for the Southern District of Florida, within **FOURTEEN (14) DAYS** of being served with a copy of this Report and Recommendation. Failure to timely file objections will bar a *de novo* determination by the District Judge of anything in this recommendation and shall constitute a waiver of a party's "right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions." 11th Cir. R. 3-1 (2016); 28 U.S.C. § 636(b)(1)(C); *see also Harrigan v. Metro-Dade Police Dep't Station #4*, 977 F.3d 1185, 1191–92 (11th Cir. 2020).

**RESPECTFULLY SUBMITTED** in Chambers at Miami, Florida, this 13th day of October, 2022.

_____
LAUREN F. LOUIS
UNITED STATES MAGISTRATE JUDGE

cc:   Honorable K. Michael Moore
      All Counsel of Record